# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR LEVEAL THOMAS,<br><br>        Petitioner,<br><br>        v.<br><br>G.S. LEWIS,<br><br>        Respondent. | Case No. EDCV 13-1624-DDP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. No Objections to the Amended Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus without prejudice.

DATED: March 12, 2014

                                                            DEAN D. PREGERSON<br>
                                                      UNITED STATES DISTRICT JUDGE