# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR LEVEAL THOMAS,<br><br>        Petitioner,<br><br>    v.<br><br>G.S. LEWIS,<br><br>        Respondent. | Case No. EDCV 13-1624-DDP (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: March 12, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE